1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   JOSE MARTINEZ-SANCHEZ
6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   NO. 2:13-CR-181 GEB
                                       )
11              Plaintiff,             )   **STIPULATION AND [Proposed] ORDER**
                                       )   **CONTINUING STATUS CONFERENCE**
12        v.                           )   **AND EXCLUDING TIME**
                                       )
13  JOSE MARTINEZ-SANCHEZ,             )   DATE:      July 12, 2013
                                       )   TIME:      9:00 a.m.
14              Defendant.             )   JUDGE:     Hon. Garland E. Burrell, Jr.
                                       )
15  _____ )

16        JOSE FRANCISCO MARTINEZ-SANCHEZ by and through his counsel, MATTHEW C.

17  BOCKMON, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby

18  agree that the status conference set for June 28, 2013, be continued to July 12, 2013, at 9:00 a.m.

19        This continuance is being requested because defense counsel requires additional time to receive

20  and review the proposed plea agreement with the defendant and to further investigate and discuss the case

21  with the government.

22        Counsel agrees that the time from June 19, 2013 through July 12, 2013, should be excluded in

23  computing the time within which trial must commence under the Speedy Trial Act,

24  §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice

25  served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

26  / / /

27  / / /

28  / / /

1  DATED: June 19, 2013                    Respectfully submitted,

2                                          HEATHER E. WILLIAMS
                                           Federal Defender
3
                                           /S/ Matthew C. Bockmon
4                                          MATTHEW C. BOCKMON
                                           Assistant Federal Defender
5                                          Attorney for Defendant
                                           JOSE FRANCISCO MARTINEZ-SANCHEZ
6

7
   DATE: June 19, 2013                     BENJAMIN B. WAGNER
8                                          United States Attorney

9
                                           /S/ Matthew C. Bockmon for
10                                         NIRAV K. DESAI
                                           Assistant United States Attorney
11
                                **O R D E R**
12
          IT IS HEREBY ORDERED that this matter is continued to July 12, 2013, at 9:00 a.m., for further
13
   Status Conference.
14
          IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,
15
   the period from June 19, 2013 up to and including July 12, 2013, is excluded from the time computations
16
   required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served
17
   by this continuance outweigh the best interests of the public and the defendants in a speedy trial.
18

19
   Dated:  June 20, 2013
20

21                                         _____
                                           GARLAND E. BURRELL, JR.
22                                         Senior United States District Judge

23

24

25

26

27

28